AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| OSIK MEDIA, LLC, a California limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>RITTERSBACHER SUNSET, LLC, a California limited liability company; and DOES 1 through 20, inclusive;<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant Rittersbacher Sunset, LLC
C/O William Litvak, Registered Agent for Service of Process
11500 West Olympic Boulevard
Suite 550
Los Angeles, California 90064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael F. Wright (SBN 89910)
mfwrightlaw@gmail.com
707 Wilshire Blvd. Suite 4000
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*